# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      Case No. 23-CR-135

CLAYTON CAMPBELL,

        Defendant.

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

      The Honorable J.P. Stadtmueller referred this matter to this court for the purposes of advising and questioning the defendant regarding a plea of guilty and for the defendant to enter a plea of guilty pursuant to Federal Rule of Criminal Procedure 11. On June 6, 2024, the parties appeared before this court. The defendant pled guilty to the offense charged in the indictment.

      After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the defendant's plea was knowing and voluntary. I find that the offense charged is supported by an independent factual basis containing the essential elements of such offense.

I therefore recommend that the plea of guilty be accepted, that a pre-sentence investigation be conducted and report prepared, that the defendant be adjudged guilty, and that sentence be imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Criminal Procedure 59(b) whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal.

Dated at Milwaukee, Wisconsin this 6th day of June, 2024.

WILLIAM E. DUFFIN
U.S. Magistrate Judge